IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BELAIR LAND COMPANY, LLC,

       Plaintiff,                              No. CIV S-11-3453 GEB DAD PS

    vs.

TOBIN DURAZO;                               ORDER
NANNETTE REYNOLDS,

       Defendants.
_____/

        By Notice of Removal filed December 28, 2011, this unlawful detainer action was removed from the Stanislaus County Superior Court by defendants Tobin Durzao and Nannette Reynolds, who are proceeding pro se. Accordingly, the matter has been referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

        Plaintiff's complaint and exhibits reveal that the property at issue is located in Stanislaus County.[1] Moreover, defendants' notice of removal indicates that defendants reside in Stanislaus County.

        Defendants are advised that the United States District Court for the Eastern District of California sits in Fresno as well as Sacramento. Intra-district venue is governed by

---

[1] It also appears that plaintiff's counsel is located in Stanislaus County.

1

Local Rule 120, which provides as follows:

> **(d) Commencement of actions.** All civil and criminal actions and proceedings of every nature and kind cognizable by the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California . . . .

Local Rule 120(d) (emphasis added).

In the present case, the property at issue is located in Stanislaus County. Thus, this action arose in Stanislaus County and should have been commenced in the Fresno Division of the court. When an action has not been filed in the proper division of this court, the court may, on its own motion, transfer the action to another venue within the district. See Local Rule 120(f). The undersigned will therefore transfer this action to the Fresno Division of the court for all further proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number to be assigned and shall be filed only at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: February 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\belairland-durazo3453.transfer.Fresno

2