1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BELAIR LAND COMPANY, LLC,

11            Plaintiff,                    No. CIV S-11-3453 GEB DAD PS

12        vs.

13   TOBIN DURAZO;                   ORDER
     NANNETTE REYNOLDS,
14
              Defendants.
15   _____/

16            By Notice of Removal filed December 28, 2011, this unlawful detainer action was

17   removed from the Stanislaus County Superior Court by defendants Tobin Durzao and Nannette

18   Reynolds, who are proceeding pro se.  Accordingly, the matter has been referred to the

19   undersigned for all purposes encompassed by Local Rule 302(c)(21).

20            Plaintiff's complaint and exhibits reveal that the property at issue is located in

21   Stanislaus County.[1]  Moreover, defendants' notice of removal indicates that defendants reside in

22   Stanislaus County.

23            Defendants are advised that the United States District Court for the Eastern

24   District of California sits in Fresno as well as Sacramento.  Intra-district venue is governed by

25   _____

26        [1] It also appears that plaintiff's counsel is located in Stanislaus County.

                                    1

1    Local Rule 120, which provides as follows:

2          **(d)    Commencement of actions.**    All civil and criminal actions
       and proceedings of every nature and kind cognizable by the United
3      States District Court for the Eastern District of California arising in
       Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced,
4      Stanislaus, Tulare and Tuolumne counties shall be commenced in
       the United States District Court sitting in Fresno, California . . . .

5

6    Local Rule 120(d) (emphasis added).

7          In the present case, the property at issue is located in Stanislaus County.  Thus,

8    this action arose in Stanislaus County and should have been commenced in the Fresno Division

9    of the court.  When an action has not been filed in the proper division of this court, the court

10   may, on its own motion, transfer the action to another venue within the district.  See Local Rule

11   120(f).  The undersigned will therefore transfer this action to the Fresno Division of the court for

12   all further proceedings.

13         Good cause appearing, IT IS HEREBY ORDERED that:

14         1.  This action is transferred to the United States District Court for the Eastern

15   District of California sitting in Fresno; and

16         2.  All future filings shall reference the new Fresno case number to be assigned

17   and shall be filed only at:

18               United States District Court
                 Eastern District of California
19               2500 Tulare Street
                 Fresno, CA 93721
20

21   DATED: February 3, 2012.

22

23   _____
     DALE A. DROZD
24   UNITED STATES MAGISTRATE JUDGE

25   DAD:6
     Ddad1\orders.pro se\belairland-durazo3453.transfer.Fresno
26